**Opinion issued September 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00754-CR

## NO. 01-14-00755-CR

_____

## IN RE ELMO DEWAYNE FLOWERS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus[1]

---

## MEMORANDUM OPINION

By petition for writ of mandamus, Relator Elmo Dewayne Flowers seeks to compel the Galveston County District Clerk to provide him with copies of, and to transmit to the trial court, a "Motion to Obtain Documents and Trial Records In

---

[1]     The underlying causes of action are cause numbers 12-CR-0609 and 12-CR-0610; *Elmo Dewayne Flowers v. The State of Texas*, in the District court of Galveston County, Texas, 56th Judicial District, the Honorable Lonnie Cox presiding.

Forma Pauperis" and any answer filed or certificate reciting the date when Relator's motion was filed. Relator has filed no record with his petition for writ of mandamus showing either a copy of the motion in question, nor any record of an attempt to file such a motion.

Accordingly, we **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).